**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GW-6336
_____
(Inmate Number)

JASON RHOADES
_____
(Name of Plaintiff)

SCI FOREST
_____
(Address of Plaintiff)
P.O.Box 945 Marienville,Pa 16239

vs.

York County Polie Department,
_____

Detective WILLIAM WENTZ,et.al.
_____

_____
(Names of Defendants)

1:10-CV-1445
(Case Number)

COMPLAINT

FILED
SCRANTON
JUL 13 2010
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

TO BE FILED UNDER:   _X_ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   Previous Lawsuits

   A.   If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   Jason Rhoades v.Daily Dispatch,2009

II.  Exhaustion of Administrative Remedies

   A.   Is there a grievance procedure available at your institution?
        ___Yes ___No

   B.   Have you filed a grievance concerning the facts relating to this complaint?
        ___Yes ___No

        If your answer is no, explain why not _____

   C.   Is the grievance process completed? ___Yes ___No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  York County Police Department, Detective WILLIAM WENTZ,  is employed

as  Detective  at  York Police Department

B. Additional defendants  Others situated therein.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. On or ABOUT July 3, 2008, I was harrased and interrogated for a Priod of over    hrs. for no justifiable reason by Detective William Wentz,.

2. On or about July 3, 2008, The York County Police Department raided my residence at 903 W. Princess St, York county, Pa 17401. The Police engaged in a consistent pattern of abusive language and ecessive force. The Police did not have a Search Warrant.

The actions by the York County Police Department were in violations of Plaintiff's civil rights pursuant to 42 u.s.c. §1983.

The York County police Department gave many threatening gestures stating :We are going to kill you"when they entered the plaintiff's residence and raided the residence without Probable Cause.

3. Other Amended Issues will be included in Plaintiff's Pleadings.

On or about July 8, 2008 York City Police raided a resisdunce belonging to Coleman Richard ⬛, stating Plaintiff gave information to the raid and openly put this on the affedvait of Peobable Cause.

V.  Relief

   (State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

   1. Punitive Damages Awarded in the Amount of $500,000.00

      Compensatory Damages in the Amount of $500,000.00

   2. _____

   3. _____

Signed this _____ day of _____, ____.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_6/29/10_____        _____
(Date)                         (Signature of Plaintiff)

3

Inmate Name: Jason Rhoades    DC # GM6316
Housing Unit: [illegible]
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL
PA DEPT OF
CORRECTIONS

neopost
04JB2045544
$00.610
07/09/2010
Mailed From 16239
US POSTAGE

Office of the Clerk
United States District Court
William J. Nealon Federal Building
228 Walnut Street
Scranton, PA 18501

RECEIVED
SCRANTON
JUL 13 2010
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK